UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

GREGORY KONRATH,          )
                               )
            Petitioner,   )
                               )
            v.               )          CAUSE NO. 3:17-CV-81
                               )
SUPERINTENDENT,       )
                               )
            Respondent.  )

## OPINION AND ORDER

Gregory Konrath, a pro se prisoner, filed another habeas corpus petition to challenge his current state court convictions. He declares under penalty for perjury that he has not previously challenged these convictions in federal court, but he has. He is doing so in Konrath v. Superintendent, 3:17-CV-003 (N.D. Ind. filed January 3, 2017). He has been cautioned to stop filing duplicate cases. Konrath v. Holder, 3:16-CV-790 (N.D. Ind. filed November 21, 2016); Konrath v. Desanctis, 3:16-CV-680 (N.D. Ind. filed October 5, 2016); Konrath v. Superintendent, 3:17-020 (N.D. Ind. filed January 5, 2017); and Konrath v. Superintendent, 3:17-019 (N.D. Ind. filed January 3, 2017).

For these reasons, this case is DISMISSED WITHOUT PREJUDICE. If Mr. Konrath doesn't stop filing meritless habeas corpus petitions, he may be fined, sanctioned, or restricted from filing any habeas corpus case other than one challenging his criminal conviction. See Montgomery v. Davis, 362 F.3d 956, 957 (7th Cir. 2004).

SO ORDERED.

ENTERED: January 31, 2017

/s/ Robert L. Miller, Jr.
Judge
United States District Court